BEN ZUNG, Respondent,. v. BARTOWN REALTY CORPORATION, Appellant, Impleaded with Others.— The complaint contains two causes of action. The first is for personal injuries sustained by plaintiff, a, tenant of a store in premises owned by defendants, when a portion of a ceiling in said store fell and struck plaintiff. The second cause of action is for damage to merchandise and fixtures. The premises consisted of a tenement house and stores. Judgment entered on a directed verdict, after trial at Trial Term without a jury, in favor of plaintiff on the first cause of action and dismissing the complaint in the second cause of action, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL WARTELS, Appellant.— Judgments convicting defendant of violations of Penal Law, section 1141 (selling and possessing obscene books), unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

JACOB ZELENKO, as Administrator, etc., of MARY ZELENKO, Deceased, Respondent, v. GIMBEL BROS., INC., Appellant.— Order denying defendant's motion for judgment dismissing the amended complaint on the ground that it does not state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ. [158 Misc. 904.]

ANTOINETTE GREENWALD, Respondent, v. LENA GREENWALD, Appellant.— Action for personal injuries sustained by plaintiff while a passenger in an automobile owned and driven by defendant, a sister of plaintiff, in the State of Virginia. Judgment, entered on verdict of jury in favor of plaintiff, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.

FRANK D. POTTER and Others, Appellants, v. JOHN W. CAMPBELL, Respondent. — Order denying plaintiffs' motion to dismiss the first counterclaim contained in defendant's answer on the ground that it appears on the face of said counterclaim that it does not state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

HAROLD W. BANKS, Appellant-Respondent, v. HERBERT NADLER, Respondent-Appellant, Impleaded with Others.— Order granting motion of defendant-appellant to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action with leave to plaintiff to amend unanimously affirmed, without costs, with leave to the plaintiff to serve an amended complaint within ten days after service of order with notice of entry, upon payment of the ten dollars costs awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.